**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | **:** | |
| **IN RE:** | **:** | **Case No. 25-13554 (DJB)** |
| | **:** | |
| **Justin Pham,** | **:** | **Chapter 13** |
| | **:** | |
| **Debtor.** | | |

**DECLARATION IN SUPPORT OF POLICE AND FIRE FEDERAL CREDIT UNION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO EXERCISE RIGHTS WITH RESPECT TO 12713 ELNORA ROAD, PHILADELPHIA, PA 19154**

I, Jeanette Smith, certify the following to be true under penalty of perjury:

1. I am employed as a Bankruptcy Specialist for Police and Fire Federal Credit Union ("PFFCU") and am authorized to execute this declaration on behalf of Movant. This declaration is offered in support of the annexed hereto.

2. In my capacity as a Bankruptcy Specialist, I have access to Movant's business records, including the business records for and relating to the loan of the Debtor, Justin Pham, secured by the real property known as 12713 Elnora Road, Philadelphia, PA 19154 (the "Property"). The facts stated in this declaration are based upon information that I have obtained by reviewing records maintained in the ordinary course of business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described.

3. According to business records, PFFCU is the holder of a Note ("Note") executed by Justin Pham (the "Debtor") dated October 3, 2022, whereby the Debtor promised to repay $20,000 plus interest. To secure the repayment of the Note, the Debtor executed a Mortgage in favor of PFFCU, encumbering the Property commonly known as 12713 Elnora Road, Philadelphia, PA 19154, which Mortgage was recorded in the Official records of Philadelphia County at Doc ID 54110337 (hereinafter "Mortgage"). The Mortgage is a second mortgage.

4. PFFCU filed Proof of Claim #3 for $18,885.55.

5. The Debtor's monthly payment is $160.67. The Debtor has failed to make payments since confirmation of the plan. To date, the Debtor remains post-petition due for February 2026, and each subsequent payment thereafter plus late fees and attorney fees and costs for a total of $2,721.87

| | |
|---|---|
| February 2026 | $160.67 |
| March 2026 | $160.67 |
| April 2026 | $160.67 |

| | |
|---|---|
| May 2026 | $160.67 |
| June 2026 | $160.67 |
| July 2026 | $160.67 |
| August 2026 | $160.67 |
| Late Fees | $48.18 |
| Attorney fees and costs | $1549 |

6. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

Executed this 5th day of August, 2026.

/s/ Jeanette Smith

Jeanette Smith
PFFCU, Bankruptcy Specialist